UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Edward Allen

Case No.: __18-24908/JNP__
Chapter: __7__
Judge: __JNP__

## NOTICE OF PROPOSED ABANDONMENT

__JOSEPH D. MARCHAND__, __TRUSTEE__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk of the United States Bankruptcy Court
U.S. Post Office & Court House
PO Box 2067, 401 Market Street
Camden, NJ 08101-2067

If an objection is filed, a hearing will be held before the Honorable __Jerrold N. Poslusny, Jr.__ on __October 2, 2018__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __4C__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
Real Property:
92 Wallace Street
Woodbury, NJ
FMV - $69,9657.00

Liens on property:
Carrington - $32,818.00
SPS - $126,595.00

Amount of equity claimed as exempt: $10,000.00

Objections must be served on, and requests for additional information directed to:

Name: /s/ Joseph D. Marchand, Chapter 7 Trustee
Address: 117-119 West Broad Street, P.O. Box 298, Bridgeton, NJ 08302
Telephone No.: (856) 451-7600

rev.8/1/15

United States Bankruptcy Court
District of New Jersey

In re:  
Edward T Allen  
    Debtor

Case No. 18-24908-JNP  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2     Date Rcvd: Aug 31, 2018  
                     Form ID: pdf905     Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2018.

```
db              +Edward T Allen,    21 Daytona Ave,    Sewell, NJ 08080-1603
cr              +CARRINGTON MORTGAGE SERVICES, LLC,    Stern, Lavinthal & Frankenberg, LLC,
                  105 Eisenhower Parkway,    Suite 302,    Roseland, NJ 07068-1640
517665076       +Carrington Mortgage Services LLC,    1600 South Douglass Road Suite 200A,
                  Anaheim, CA 92806-5951
517665077       +Convergent Outsourcing, Inc,    Po Box 9004,    Renton, WA 98057-9004
517665080       +FedLoan Servicing,    Attention: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
517665082       +KML Law Group PC,    216 Haddon Avenue Suite 406,    Collingswood, NJ 08108-2812
517665085      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court: State Of New Jersey,    PO Box 283,
                  Division Of Taxation- Federal Offset Pro,    Trenton, NJ 08625-0283)
517665086       +State of Pennsylvania,    Bureau of Individual Taxes,    PO Box 280431,
                  Harrisburg, PA 17128-0431
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Aug 31 2018 23:04:32      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 31 2018 23:04:27      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
517665074       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 31 2018 23:07:13      Capital One,
                  Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517665075       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Aug 31 2018 23:07:32
                  Capital One Auto Finance,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517677852       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 31 2018 23:07:13
                  Capital One Auto Finance, a division of Capital On,    AIS Portfolio Services, LP,
                  4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517665078       +E-mail/PDF: pa_dc_ed@navient.com Aug 31 2018 23:07:32      Dept of Ed / Navient,
                  Attn: Claims Dept,    Po Box 9635,    Wilkes Barr, PA 18773-9635
517665079       +E-mail/Text: dtmua-am@deptford-nj.org Aug 31 2018 23:05:04      Deptford Township MUA,
                  PO Box 5506,    Woodbury, NJ 08096-0506
517665081        E-mail/Text: cio.bncmail@irs.gov Aug 31 2018 23:04:02      Internal Revenue Service,
                  ATTN: Bankruptcy Department,    P.O. Box 7346,    Philadelphia, PA 19101-7346
517665083       +E-mail/PDF: pa_dc_claims@navient.com Aug 31 2018 23:07:47      Navient,    Attn: Bankruptcy,
                  Po Box 9500,    Wilkes-Barre, PA 18773-9500
517665084       +E-mail/Text: jennifer.chacon@spservicing.com Aug 31 2018 23:05:53      Select Portfolio Svcin,
                  PO Box 65250,    Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 10
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2018                                                                  Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2018 at the address(es) listed below:

```
              Jeanette F. Frankenberg    on behalf of Creditor    CARRINGTON MORTGAGE SERVICES, LLC
               cmecf@sternlav.com
              Joseph   Marchand     jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
              Joseph J. Rogers    on behalf of Debtor Edward T Allen jjresq@comcast.net,    jjresql@comcast.net
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Aug 31, 2018
                              Form ID: pdf905          Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Kevin Gordon McDonald    on behalf of Creditor    The Bank of New York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2006-8 kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                              TOTAL: 5