| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Stern, Lavinthal & Frankenberg, LLC<br>105 Eisenhower Parkway, Suite 302<br>Roseland, New Jersey  07068-0490<br>Telephone Number (973)797-1100<br>Telecopier Number (973)228-2679<br>Attorneys for Secured Creditor, Carrington Mortgage Services, LLC as servicer for The Bank of New York Mellon, f/k/a The Bank Of New York As Trustee For Registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-SPS2<br>By: Jeanette F. Frankenberg, Esq. | **Order Filed on October 30, 2018<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br>    Edward T Allen<br><br><br><br>                 Debtor(s) | Case No.: 18-24908-JNP<br>Chapter: 7<br>Hearing Date: October 30, 2018<br>Judge: Jerrold N.  Poslusny, Jr. |

# ORDER VACATING AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: October 30, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Debtor: **Edward T Allen**
Case No.:**18-24908-JNP**
Caption of Order: **Order Vacating Automatic Stay**

Upon the Motion of **Carrington Mortgage Services, LLC as servicer for The Bank of New York Mellon, f/k/a The Bank Of New York As Trustee For Registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-SPS2,** on behalf of itself and its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or Movant), under Bankruptcy Code Section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown,

ORDERED as follows:

1. The automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the movant its successors and/or assigns to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to foreclose mortgage(s) held by the movant upon the following:

- Land and premises commonly known as **92 Wallace Street, Woodbury, New Jersey 08096.**

2. The movant may join the debtor and any trustee appointed in this case as defendants in its foreclosure action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code. The movant shall serve this Order on the debtor, any trustee and other party who entered an appearance on the motion.

**File No. 201801832**