| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Stern, Lavinthal & Frankenberg, LLC<br>105 Eisenhower Parkway, Suite 302<br>Roseland, New Jersey  07068-0490<br>Telephone Number (973)797-1100<br>Telecopier Number (973)228-2679<br>Attorneys for Secured Creditor, Carrington Mortgage Services, LLC as servicer for The Bank of New York Mellon, f/k/a The Bank Of New York As Trustee For Registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-SPS2<br>By: Jeanette F. Frankenberg, Esq. |
| In Re:<br>      Edward T Allen<br><br><br>                Debtor(s) |

Order Filed on October 30, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.: 18-24908-JNP
Chapter: 7
Hearing Date: October 30, 2018
Judge: Jerrold N. Poslusny, Jr.

## ORDER VACATING AUTOMATIC STAY

    The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: October 30, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Debtor: **Edward T Allen**
Case No.:**18-24908-JNP**
Caption of Order: **Order Vacating Automatic Stay**

Upon the Motion of **Carrington Mortgage Services, LLC as servicer for The Bank of New York Mellon, f/k/a The Bank Of New York As Trustee For Registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-SPS2,** on behalf of itself and its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or Movant), under Bankruptcy Code Section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown,

ORDERED as follows:

1. The automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the movant its successors and/or assigns to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to foreclose mortgage(s) held by the movant upon the following:

- Land and premises commonly known as **92 Wallace Street, Woodbury, New Jersey 08096.**

2. The movant may join the debtor and any trustee appointed in this case as defendants in its foreclosure action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code. The movant shall serve this Order on the debtor, any trustee and other party who entered an appearance on the motion.

**File No. 201801832**

United States Bankruptcy Court
District of New Jersey

In re:  
Edward T Allen  
     Debtor

Case No. 18-24908-JNP  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Oct 30, 2018  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2018.  
db       +Edward T Allen,    21 Daytona Ave,    Sewell, NJ 08080-1603

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2018                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2018 at the address(es) listed below:  
        Jeanette F. Frankenberg   on behalf of Creditor   CARRINGTON MORTGAGE SERVICES, LLC  
         cmecf@sternlav.com  
        Joseph Marchand    jdmarchand@comcast.net,   jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com  
        Joseph J. Rogers   on behalf of Debtor Edward T Allen jjresq@comcast.net,   jjresq1@comcast.net  
        Kevin Gordon McDonald   on behalf of Creditor   The Bank of New York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2006-8 kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com  
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                     TOTAL: 5